NOSSAMAN LLP
CHRISTOPHER D. HUGHES (SBN 254864)
chughes@nossaman.com
621 Capitol Mall, Ste. 2500
Sacramento, CA 95814
Telephone:　916.442.8888
Facsimile:　916.442.0382

Attorneys for John R. Roberts,
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>BRETT BEN JAKSICH,<br><br>　　　　　Debtor. | Case No: 15-27708-B-7<br><br>DCN: NOS-003<br><br>**ORDER APPROVING CHAPTER 7 TRUSTEE'S MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES TO APPROVE SALE OF PROPERTY OF THE ESTATE**<br><br>Date:　April 3, 2018<br>Time:　9:30 a.m.<br>Dept:　B (Courtroom 32) |

　　　　The motion of John R. Roberts, the duly-appointed Chapter 7 Trustee (the "Trustee") for the bankruptcy estate ("Estate") of Brett Ben Jaksich (Case No. 15-27708-B-7), to Approve Sale of Property of the Estate came on for hearing on April 3, 2018 on the 9:30 a.m. calendar. Appearances were noted on the record. Upon review of the pleadings, evidence, arguments of counsel, and bids entered by various parties, and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

　　　　1.　　The Motion is GRANTED in part and to the extent provided herein.

///

///

RECEIVED
April 20, 2018
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006264399

2. Pursuant to 11 U.S.C. § 363(b), the Trustee is authorized to sell to Larry Odbert ("Real Property Buyer") the real property commonly known as 3424 Watson Meadow Lane, Loganville, Georgia (the "Real Property").

3. The Real Property shall be sold to Real Property Buyer for $15,000.

4. Real Property Buyer must pay to the Trustee a total of $15,000, which includes any initial deposit previously paid to the Trustee, within five days of entry of this order.

5. If Real Property Buyer fails to pay to the Trustee the balance owed to the Estate within five days of entry of this order, Trustee is hereby authorized to sell the Real Property to Matthew Clark of 3rdGenRealty, Inc. for a gross sale price of $12,000.

6. Pursuant to 11 U.S.C. § 363(b), the Trustee is authorized to sell to Brett Ben Jaksich, the Debtor ("Personal Property Buyer"), the estate's interest in personal property consisting of the following: 1) a 1973 Chevy Corvette, 2) a 2008 KTM Dirtbike, 3) a one third interest in a 2004 Malibu boat, and 4) a 2003 Sea-Doo (collectively, the "Personal Property").

7. The Personal Property shall be sold to Personal Property Buyer for $11,195.

8. The sale of the Real Property and the Personal Property will be "as is" "where is" "with all faults" and without any representation or warranty, express or implied.

9. The provisions of Federal Rule of Bankruptcy Procedure 6004(h) are hereby waived so that this order shall be effective and enforceable immediately upon entry.

10. This court shall retain jurisdiction to hear and determine all matters arising from the interpretation and implementation of this order.

**Dated:** April 24, 2018

Christopher D. Jaime, Judge
United States Bankruptcy Court