JOHN R. ROBERTS
Bankruptcy Trustee
Court@bankruptcy-info.com
P.O. Box 1506
Placerville, CA  95667-1506
(530) 626-6476

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE:                                                    CASE NO. **15-27708-B-7**

**BRETT BEN JAKSICH**

    Debtor(s).
_____/

### REPORT OF SALE BY TRUSTEE PURSUANT TO RULE 6004(f)(1)

The following is an itemized statement of the property sold by the trustee, the name of each purchaser, and the price received for each item or lot:

| **DESCRIPTION OF PROPERTY** | **NAME OF PURCHASER** | **PRICE** |
|---|---|---|
| 1973 Chevy Corvette | Brett Jaksich | $5,000.00 |
| 2008 KTM Dirtbike 530 | Brett Jaksich | $1,000.00 |
| 2004 Malibu Boat (1/3 int) | Brett Jaksich | $4,195.00 |
| 2003 Sea-Doo | Brett Jaksich | $1,000.00 |
| Real Property 3424 Watson Meadow Ln. Loganville, GA | Larry Odbert | $15,000.00 |

DATED:  June 06, 2018

                          /s/
                          John R. Roberts, TRUSTEE
                          P.O. Box 1506
                          Placerville, CA  95667-1506
                          (530) 626-6476
                          Court@bankruptcy-info.com